DOCKET No. _14 MAG 972_   DEFENDANT: _NIGEL ORLANDO FRANCIS_ ✓

AUSA _PATRICK EGAN_   DEF.'S COUNSEL _DAVID M RODY / Tim Treanor_
☐ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☒ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST _5/6/14_   ☐ VOL. SURR.
                                                            TIME OF ARREST _6:30 am_   ☐ ON WRIT
☐ Other:_____   TIME OF PRESENTMENT _5/6 5:30 pm_

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR_____
☒ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ _100,000_ PRB
☒ _3_ FRP
☒ SECURED BY $ _5,000_ CASH/PROPERTY:_____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☒ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☒ HOME DETENTION   ☐ CURFEW   ☒ ELECTRONIC MONITORING
☒ OTHER CONDITIONS _No unsupervised contact w/ minors; no access to child pornography; no firearms; no use of computers w/out OK of PTS; monitoring software in residence; 3rd party custody of mother's partner._

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☒ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _2 FRPS,_ ~~$100,000~~
_____ ; REMAINING CONDITIONS TO BE MET BY _5/9/14 - Cash_
                                                              _5/9/14 - other_

COMMENTS/ADDITIONAL PROCEEDINGS:

_3_

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _6/5/14_   ☒ ON DEFENDANT'S CONSENT

DATE: _5/6/14_   _James C. Francis IV_
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2