UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

     - v. -                    : **INDICTMENT**

                                                 : 14 Cr.

NIGEL ORLANDO FRANCIS,           :  14 CRIM 371

         Defendant.           :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 03 2014

**COUNT ONE**

The Grand Jury charges:

1. On or about April 10, 2014, in the Southern District of New York and elsewhere, NIGEL ORLANDO FRANCIS, the defendant, knowingly did mail, and transport and ship using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, child pornography; and did receive and distribute materials that contained child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, FRANCIS transported, distributed, and received files containing child pornography using a computer in the Bronx, New York via an Internet-based file-sharing program.

(Title 18, United States Code, Sections 2252A(a)(1) and (a)(2)(B).)

## COUNT TWO

The Grand Jury further charges:

2. From at least on or about April 10, 2014, in the Southern District of New York and elsewhere, NIGEL ORLANDO FRANCIS, the defendant, knowingly did possess and access with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, FRANCIS possessed on a computer in the Bronx, New York, videos and images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____  _____
FOREPERSON                PREET BHARARA
                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NIGEL ORLANDO FRANCIS,

Defendant.

INDICTMENT

14 Cr.

(18 U.S.C. §§ 2252A(a)(1) & (a)(2)(B), and 18 U.S.C. § 2252A(a)(5)(B)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____ Foreperson.

Indictment filed, case assigned to
judge Marrero.

F. Maas, USMJ