

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

June 9, 2014

**By Fax**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

              Re:    <u>United States</u> v. <u>Nigel Orlando Francis</u>, No. 14 cr. 371 (VM)

Dear Judge Marrero:

        I write to request that the initial conference in this case be scheduled for June 20, 2014, at 2:30 pm.  I had discussed scheduling an initial conference with Your Honor's chambers previously, but no final time had been set.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

              By:     _____
                        Jared Lenow
                        Assistant United States Attorney
                        (212) 637-1068

cc (by email):

Timothy Treanor
*Counsel for Nigel Orlando Francis*

Request GRANTED. The *initial pretrial*
conference herein is  scheduled for *6-20-14*
at *2:30 P.M*

SO ORDERED.

*6-9-14*
DATE          VICTOR MARRERO, U.S.D.J.