

| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 787 SEVENTH AVENUE | BOSTON | HOUSTON | SHANGHAI |
| NEW YORK, NY 10019 | BRUSSELS | LONDON | SINGAPORE |
| (212) 839 5300 | CHICAGO | LOS ANGELES | SYDNEY |
| (212) 839 5599 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C. |

kmeyer@sidley.com
(212) 839 5551

FOUNDED 1866

October 7, 2014


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/14

**By Fax**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>**United States v. Nigel Francis, 14 Cr. 371 (VM)**</u>

Dear Judge Marrero,

    I am defense counsel in the above captioned matter and write to confirm my conversation with your law clerk regarding the parties' next status conference scheduled for October 24, 2014 at 11 a.m. Due to a scheduling conflict, I asked whether the conference could be rescheduled for October 24 at 4 p.m. Your clerk advised me that the Court would be available to hold the conference at that time. The Government consents to this request.

                                          Respectfully submitted,

                                          Kenneth B. Meyer

Cc (by fax): AUSA Max Nicholas

SO ORDERED.
10-8-14
DATE    VICTOR MARRERO, U.S.D.J.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.