

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

NIGEL FRANCIS,

                    Defendant.

14 Cr. 371 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) has requested that the pretrial conference in the above-captioned case scheduled for December 19, 2014 be adjourned until January 9, 2015, and further requested an exclusion of time from Speedy Trial Act calculations until January 9, 2015 to allow the parties additional time to discuss dispositions of the charges.

It is hereby ordered that the pretrial conference scheduled for December 19, 2014 will be adjourned until January 9, 2015 at 4:30 PM and the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. See 18 U.S.C. § 3161 (h)(7)(B). The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

Dated: New York, New York
      16 December 2014

                                 Victor Marrero
                                 U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 16, 2014

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-6382

Re: **United States v. Nigel Francis, 14 Cr. 371 (VM)**

Dear Judge Marrero:

The Government and defense counsel respectfully write jointly to request that the status conference in the above-captioned matter that is currently scheduled for December 19, 2014, be adjourned to January 9, 2015 at 4:30 p.m. The purpose of the adjournment is for the parties to continue to discuss a potential resolution of this matter.

In the event that the Court grants this adjournment, the Government also respectfully requests that pursuant to 18 U.S.C. §3161(h)(7)(A) and in the interest of justice, the Court exclude time under the Speedy Trial Act until January 9, 2015.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____

Max Nicholas
(212) 637-1565

cc (by email): Timothy Treanor, Esq.
Counsel for Nigel Francis